UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODI JILL STEVENS,<br><br>               Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | Case No.  1:25-cv-00733-HBK<br><br>ORDER DIRECTING PLAINTIFF TO PAY FILING FEE OR FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>AUGUST 28, 2025 DEADLINE |

       On June 16, 2025, Plaintiff Jodi Jill Stevens ("Plaintiff"), proceeding through counsel, filed the Complaint in this action.  (Doc. No. 1).  On the same date, Plaintiff filed a motion to proceed *in forma pauperis* under 28 U.S.C. § 1915.  (Doc. No. 2).  However, Plaintiff's application demonstrates she may be receiving income above the poverty threshold, and the information submitted is insufficient for the Court to determine if she is entitled to proceed without prepayment of fees in this action.  The Court finds that it requires further information to rule on Plaintiff's motion to proceed *in forma pauperis*.

       Therefore, the Court will defer ruling on Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) and require Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) - AO 239, or pay the filing fee in full.

       Accordingly, it is **ORDERED**:

    1. No later than August 28, 2025, Plaintiff shall either (1) pay the $405.00 filing fee for this

1  action, or (2) complete and file the enclosed Application to Proceed in District Court
2  Without Prepaying Fees or Costs (Long Form) - AO 239.
3  2. The Clerk of Court shall enclose a blank AO 239 Application to Proceed in District Court
4  Without Prepaying Fees or Costs (Long Form) with this Order for Plaintiff's use, if
5  appropriate.
6  3. If Plaintiff fails to comply with this Order, the case may be dismissed for failure to
7  prosecute and/or comply with a court order.

Dated:   July 28, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE