UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODI JILL STEVENS, | Case No. 1:25-cv-00733-KES-HBK |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING MOTIONS TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PAYMENT OF FILING FEE |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | Docs. 2, 6, 8 |
| Defendant. | |

Plaintiff Jodi Jill Stevens is proceeding, with counsel, in this action challenging the denial of social security benefits. Doc. 1. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 16, 2025, plaintiff submitted an application to proceed in forma pauperis ("IFP"). Doc. 2. Because her application demonstrated she may be receiving income above the poverty threshold, and the information submitted was insufficient for the Court to determine if she is entitled to proceed without prepayment of fees in this action, the Court ordered plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 ("Long Form"). Doc. 3. On August 8, 2025, plaintiff filed a completed Long Form. Doc. 6.

On August 22, 2025, the assigned magistrate judge issued findings and recommendations

1  recommending that plaintiff's motion to proceed IFP be denied without prejudice. Doc. 8.
2  Specifically, the magistrate judge found that, based on the submitted Long Form, plaintiff and her
3  spouse received income well above the poverty threshold. *See id.* The findings and
4  recommendations contained notice that any objections thereto were to be filed within fourteen
5  (14) days after service. *Id.* at 3. Plaintiff has not filed any objections and the time to do so has
6  passed.

7   In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review of this
8  case. Having carefully reviewed the file, the Court concludes that the findings and
9  recommendations are supported by the record and proper analysis.

10   Accordingly:

11   1. The findings and recommendations issued August 22, 2025, Doc. 8, are ADOPTED in
12      full;
13   2. Plaintiff's pending motions to proceed in forma pauperis, Doc. 2, 6, are DENIED;
14   3. Within thirty (30) days from the date of service of this order, plaintiff shall pay in full
15      the $405.00 filing fee if she wishes to proceed with this action; and
16   4. Plaintiff is advised that failure to pay the required filing fee as ordered will result in
17      the dismissal of this action without prejudice.

20  IT IS SO ORDERED.

21   Dated:   September 15, 2025

        UNITED STATES DISTRICT JUDGE

2