UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODI JILL STEVENS,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | No. 1:25-cv-00733-KES-HBK<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE |

   Plaintiff Jodi Jill Stevens is proceeding with counsel in this action challenging the denial of Social Security benefits. On August 22, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed in forma pauperis be denied and that plaintiff be required to pay the filing fee in full to proceed with this action. Doc. 8.

   On September 15, 2025, the Court adopted the findings and recommendations and ordered plaintiff to pay the $405.00 filing fee in full within thirty (30) days. Doc. 9. Plaintiff was advised that if she failed to pay the filing fee within the specified time, this action would be dismissed without further notice. *Id.* at 2. Despite the Court's warning, plaintiff has failed to pay the required filing fee and the deadline for her to do so has expired. Without such payment, the action cannot proceed before the Court. *See Saddozai v. Davis*, 35 F.4th 705, 709 (9th Cir. 2022).

1   Accordingly,

2   1. This action is dismissed without prejudice; and

3   2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   November 3, 2025

_____
UNITED STATES DISTRICT JUDGE

2